IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ULTIMATE SPORTS CO., RICHARD A. McGRATH and JANE McGRATH, <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> U.S. PIPE FABRICATION, LLC, as successor-in-interest to CUSTOM FAB, INC., and CUSTOM FAB, INC., <br><br> Defendants/Counterclaim-Plaintiffs. | CIVIL ACTION – LAW <br><br><br><br> NO. 16-0960 |

JOINT STIPULATION OF SETTLEMENT AND VOLUNTARY
DISMISSAL OF CLAIMS WITH PREJUDICE

Plaintiffs/Counterclaim-Defendants, Ultimate Sports Co., Richard A. McGrath, and Jane McGrath ("Plaintiffs"), and Defendants/Counterclaim-Plaintiffs, U.S. Pipe Fabrication, LLC, and Custom Fab, Inc. ("Defendants" and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate as follows:

1.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby voluntarily dismiss with prejudice all claims and counterclaims asserted in this action, with each party to bear their own fees and costs.

| | |
|---|---|
| SALZMANN HUGHES, P.C. | FOX ROTHSCHILD LLP |
| <u>/s/ Samuel E. Wiser, Jr., Esquire</u> <br> Samuel E. Wiser, Jr., Esquire <br> Scott T. Wyland, Esquire <br> Salzmann Hughes, P.C. <br> 79 St. Paul Drive <br> Chambersburg, PA  17201 | <u>/s/ Samuel W. Cortes, Esquire</u> <br> Samuel W. Cortes, Esquire <br> Ashley L. Beach, Esquire <br> Fox Rothschild LLP <br> 747 Constitution Drive, Suite 100 <br> Exton, PA  19341 |
| Date:  December 13, 2016 | Date:  December 13, 2016 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ULTIMATE SPORTS CO., RICHARD A. McGRATH and JANE McGRATH, | CIVIL ACTION – LAW |
| Plaintiffs/Counterclaim-Defendants, | |
| v. | NO. 16-0960 |
| U.S. PIPE FABRICATION, LLC, as successor-in-interest to CUSTOM FAB, INC., and CUSTOM FAB, INC., | |
| Defendants/Counterclaim-Plaintiffs. | |

**CERTIFICATE OF SERVICE**

I, Samuel W. Cortes, Esquire, hereby certify that on December 13, 2016, I caused a true and correct copy of the foregoing Joint Stipulation of Settlement and Voluntary Dismissal of Claims with Prejudice to be served through the Court's electronic notification of filing system upon the following counsel of record:

Samuel E. Wiser, Jr., Esquire
Scott T. Wyland, Esquire
Salzmann Hughes, P.C.
79 St. Paul Drive
Chambersburg, PA  17201

　　　　　　　　　　　　　　　　　　 /s/ Samuel W. Cortes, Esquire
　　　　　　　　　　　　　　　　　Samuel W. Cortes, Esquire

14803_00/1001/JGJ-1080391_2

43597682